IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kimberly Khamisi, et al.,

    Petitioner(s),

vs.

Joseph Deters, et al.,

    Respondent(s).

Case Number: 1:17cv824

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 13, 2018 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 27, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED for lack of prosecution because petitioners failed to respond to the Court's Deficiency Order issued on January 2, 2018 (Doc. 5).

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court